# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>SERENA JOSEPH,<br><br>                Defendant. | Case No. 3:20-cr-00011-03-SLG-MMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 87. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Scott A. Oravec by the District Court, with the written consent of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Counts 2 and 20 of the First Superseding Indictment, Drug Conspiracy in violation of 21 U.S.C. § 846 and Money Laundering in violation of 18 U.S.C. § 1956(a)(2)(A), and admitted to the Criminal Forfeiture Allegation.

Judge Oravec issued a Final Report and Recommendation at Docket 99, in which he recommended that the District Court accept Defendant's pleas of guilty to Counts 2 and 20 of the First Superseding Indictment and Defendant's admission

to the Criminal Forfeiture Allegation. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's pleas of guilty to Counts 2 and 20 of the First Superseding Indictment—Drug Conspiracy and Money Laundering—and Defendant is adjudged GUILTY of Counts 2 and 20. IT IS FURTHER ORDERED that the Court ACCEPTS Defendant's admission to the Criminal Forfeiture Allegation. An Imposition of Sentence hearing will be scheduled in due course with Judge Sharon L. Gleason.

DATED this 2nd day of August, 2022, at Anchorage, Alaska.

>*/s/ Sharon L. Gleason*
> UNITED STATES DISTRICT JUDGE

Case No. 3:20-cr-00011-SLG-MMS, *United States v. Joseph*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:20-cr-00011-SLG-MMS   Document 100   Filed 08/02/22   Page 2 of 2